

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00025-CV

CROWN BAY MANAGEMENT, LLC D/B/A LAKESHORE VILLAGE APARTMENTS, Appellant

V.

SURFACE WORKS, INC. D/B/A SURFACE CONNECTION AND WELLS FARGO BANK, N.A., Appellees

§ On Appeal from County Court at Law No. 2

§ of Tarrant County (2020-002577-2)

§ January 27, 2022

§ Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's garnishment judgment. We reverse the trial court's garnishment judgment and render judgment dissolving the writ of garnishment and discharging the garnishee.

It is further ordered that appellee Surface Works, Inc. d/b/a Surface Connection shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker